■ EDWIN GALARZA, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [952 NYS2d 870]—

Plaintiff's claim of personal injuries allegedly sustained as a result of a defective gas stove in his former apartment began to accrue, at the latest, on September 13, 2007, the date that he

was diagnosed with carbon monoxide poisoning (*see* CPLR 214-c [3]). Plaintiff's failure to serve defendant with a notice of claim within 90 days thereof requires dismissal of the complaint (*see* General Municipal Law § 50-e [1]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Sweeny, Acosta, Renwick and Manzanet-Daniels, JJ.